United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENERGY ENTERPRISES USA, INC.,<br><br>　　　　　Defendant. | Case No. 17-CV-00497-LHK<br><br>**JUDGMENT** |

On December 21, 2018, the Court granted Plaintiff Terrace Ellis's ("Plaintiff") motion for entry of default judgment against Defendant Energy Enterprises ("Defendant"). ECF No. 47. Accordingly, the Clerk shall enter judgment in favor of Plaintiff and against Defendant in the amount of $8,557.00. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 21, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-00497-LHK
JUDGMENT

1